Case 7:25-cv-05188-KMK Document 43 Filed 09/11/26 Page 1 of 1

**DANNY GRACE PLLC**

ATTORNEYS AND COUNSELORS AT LAW

Writer's email: douglas@dannygracepc.com
Writer Admitted in: New York; United States District Court, Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202.2485
718.732-2821 FAX

**VIA ECF**

September 11, 2026

The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: Vania Smith v. How Ya Brewing LLC, et al. (Civ. Case No. 7:25-CV-05188-KMK)

Dear Judge Karas:

We represent Plaintiff in the above-referenced action. We write jointly with Defendants pursuant to Your Honor's Individual Practices in Civil Cases § 1(C), to respectfully request that the Case Management Conference scheduled for September 16, 2026, be canceled. The reason for this request is that the parties uploaded a settlement agreement and Cheeks Fairness Letter to ECF earlier today. Further, I will be out of the country attending a wedding from September 15–25, 2026.

Thank you for your consideration of this matter.

Granted. The 9/16/26 conference is adjourned sine die, pending the Court's review of the proposed settlement agreement.

So Ordered,
[signature]
9/12/26

Respectfully Submitted,

*Douglas Mace*

Douglas Mace, Esq.
Danny Grace PLLC
*Attorneys for Plaintiff*